## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | **CRIMINAL NO.  CCB-18-00625** |
| **MICHAEL TALLEY, SR.,** | * | |
| **SHANNON FLINT** | * | |
| **a/k/a "Shambo,"** | * | |
| **KANAKIA FEAGINS** | * | |
| **a/k/a "Florida,"** | * | |
| **JAMES HILL** | * | |
| **a/k/a "Don," and** | * | |
| **MICHAEL TALLEY, JR.,** | * | |
| | * | |
| **Defendants** | * | |

*******

## ORDER

Having considered the Government's Motion for Exclusion of Time from the Speedy Trial Computation; and

That one of the defendants needs to be arrested and brought to federal court, and are therefore absent pursuant to § 3161(h)(3)(A); and

That other defendants have been provided discovery by the Government and the parties need addition time to discuss possible resolutions;

It is hereby determined by this Court that the circumstances of this case permit such a delay and an exclusion of time during this period.  Periods of delay that extend the time within which trial should commence include delays granted by the Court on the basis of a finding that the ends of justice are served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The delay requested would serve the interests of justice because it would allow the parties to discuss and possibly determine a mutually acceptable and beneficial disposition and would also preserve the resources that might otherwise

be expended in a trial.

In addition, counsel for Talley, Sr., Talley, Jr., Flint, and Hill do not object to the Government's request.

Therefore, because the interest of justice served by such a delay outweighs the interests of the defendant and the public in a speedy trial, it is hereby

**ORDERED** that the period from December 19, 2018 through April 19, 2019, shall be **EXCLUDED** from the computation of time within which trial must commence in this matter under Title 18 U.S.C. § 3161(h)(3) of the Speedy Trial Act.

The Clerk of the Court shall mail a copy of this Order to all counsel of record.

_____
Date

_____
The Honorable Catherine C. Blake
United States District Court Judge