## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. CCB-18-0625** |
| **MICHAEL TALLEY, SR.** | * | |
| | * | |
| | * | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

UPON CONSIDERATION, of defendant Michael Talley Sr.'s Consent Motion for

Release and all papers submitted in support,

IT IS HEREBY ORDERED, that defendant Talley Sr. is released to the custody of the

proposed third-party custodian as detailed within the attached motion, subject to any and all

conditions set forth by the Pretrial Services for the District of Maryland.

_____

THE HONORABLE J. MARK COULSON
United States Magistrate Judge

DATE: