**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA            *

v.                                  *        **Criminal No. CCB-18-0625**

MICHAEL TALLEY, SR.                         *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE**

Comes now Mr. Michael Talley, Sr., by and through his undersigned counsel, James Wyda, Federal Public Defender for the District of Maryland and Christian Bryan Lassiter, Assistant Federal Public Defender, hereby moves this Honorable Court, to temporarily modify the current release conditions and authorize Mr. Talley, Sr. to travel with family to participate in making funeral arrangements for his deceased mother on the date and time listed below.  In support of the motion, Mr. Talley, Sr. states:

1)      Mr. Talley, Sr. remains released on home detention after this Court granted Ms. Talley, Sr.'s Consent Motion for Release (Dkt. Nos. 189; 203).  This Court released Mr. Talley, Sr. to the residence of Ms. Towanda Grant-Cunningham, his sister and designated third-party custodian.  Additionally, Mr. Talley, Sr. must abide by a number of conditions of release, including 24-hour electronic monitoring at Ms. Grant-Cunningham's residence.

2)      Mr. Talley, Sr. has since resided with Ms. Grant-Cunningham, only leaving the residence for reasons pre-approved by Pretrial Services.  To date, Ms. Mr. Talley, Sr. has been in compliance with the conditions of his release.

3)      Mr. Talley, Sr.'s mother is recently passed away.  John H. Brown Funeral Home will be handling all arrangements for her.  Mr. Talley and his siblings will be traveling to the funeral home for the specific purpose of authorizing funeral service arrangements for their mother.

4)      The length of the visit would be from 10:30 a.m. to 12:30 p.m. on Wednesday, September 30, 2020.  Mr. Talley, Sr. requests a temporary modification of his current conditions of release, which will allow him to travel to the John H. Brown Funeral Home from Ms. Grant-Cunningham's residence in time for the start of the 10:30 a.m. meeting with staff.  He will be accompanied and transported to the meeting by his third-party custodian, Ms. Grant-Cunningham. The time period granted should be within the discretion of Pretrial Services to allow for travel time to and from the funeral home and also for Mr. Talley, Sr. to meet with staff for the full two-hour window.

5)      United States Probation Officer and Location Monitoring Specialist Kenneth Langston has no objection to Mr. Talley, Sr.'s proposed temporary modification.  Assistant United States Attorney Patricia McLane has had no objection to similar requests in the past, but cannot be reached in time to file this motion with this Court in a manner to allow for Mr. Talley, Sr. to travel to John H. Brown Funeral Home.  Defense counsel is of the opinion that Ms. McLane would consent based upon prior conversations and positions on like motions.  In the interest of time constraints, the instant motion had to be filed without her express consent.

6)      Mr. Talley, Sr. respectfully asks that this Court exercise its discretion and permit him to travel with his third-party custodian and siblings to John H. Brown Funeral Home.  In the alternative, he requests this Court hold a hearing on this issue.

WHEREFORE, Mr. Talley, Sr. requests that this Court grant the permission sought by this

unopposed motion to travel or grant him a hearing on the issue.


JAMES WYDA
Federal Public Defender
for the District of Maryland


_____/S/_____
CHRISTIAN BRYAN LASSITER, #805576
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland  21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email:  christian_lassiter@fd.org