**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. CCB-18-0625** |
| **MICHAEL TALLEY, SR.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION, of defendant Michael Talley, Sr.'s Consent Motion for Temporary Modification of Conditions of Release and all papers submitted in support,

IT IS HEREBY ORDERED, that defendant Talley, Sr. is excused from home confinement for a temporary period, at the discretion of Pretrial Services, to accommodate travel to and from the Joseph H. Brown Funeral Home and a two-hour visit with staff to plan arrangements for his mother's funeral. Mr. Talley, Sr. shall be transported to and from the facility by his family. The instant order is subject to any and all conditions set forth by the United States Pretrial Services Office for the District of Maryland. All other conditions of release remain in force.

_____
THE HONORABLE THOMAS M. DIGIROLAMO
United States Magistrate Judge

DATE: