IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

v.     *     **Criminal No. CCB-18-0625**

MICHAEL TALLEY, SR.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE**

Comes now Mr. Michael Talley, Sr., by and through his undersigned counsel, James Wyda, Federal Public Defender for the District of Maryland and Christian Bryan Lassiter, Assistant Federal Public Defender, hereby moves this Honorable Court, to temporarily modify the current release conditions and authorize Mr. Talley, Sr. to travel with family to a family gathering on the date and time listed below.  In support of the motion, Mr. Talley, Sr. states:

1)	Mr. Talley, Sr. remains released on home detention after this Court granted Ms. Talley, Sr.'s Consent Motion for Release (Dkt. Nos. 189; 203).  This Court released Mr. Talley, Sr. to the residence of Ms. Towanda Grant-Cunningham, his sister and designated third-party custodian.  Additionally, Mr. Talley, Sr. must abide by a number of conditions of release, including 24-hour electronic monitoring at Ms. Grant-Cunningham's residence. (Dkt. No. 203).

2)	Mr. Talley, Sr. has since resided with Ms. Grant-Cunningham, only leaving the residence for reasons pre-approved by Pretrial Services.  To date, Ms. Mr. Talley, Sr. has been in compliance with the conditions of his release.

3)	Mr. Talley, Sr.'s sister is soon moving away from this region.  Mr. Talley, Sr.'s family has planned a family gathering to celebrate his sister and the holidays on Sunday, December

20, 2020 from 4:00 p.m. – 8 p.m.  Mr. Talley and his family will be traveling to attend the family gathering.

4)      Mr. Talley, Sr. requests a temporary modification of his current conditions of release, which will allow him to travel to this family gathering in Windsor Mill, Maryland, from Ms. Grant-Cunningham's residence in time for the start of the 4:00 p.m. family gathering.  He will be accompanied and transported to the meeting by his third-party custodian, Ms. Grant-Cunningham.  The time period granted should be within the discretion of Pretrial Services to allow for travel time to and from the location of the family gathering in Windsor Mill, Maryland.

5)      United States Probation Officer and Location Monitoring Specialist Kenneth Langston has no objection to Mr. Talley, Sr.'s proposed temporary modification.  Assistant United States Attorney Patricia McLane similarly has no objection.

6)      Mr. Talley, Sr. respectfully asks that this Court exercise its discretion and permit him to travel with his third-party custodian and family to this family gathering.  In the alternative, he requests this Court hold a hearing on this issue.

WHEREFORE, Mr. Talley, Sr. requests that this Court grant the permission sought by this unopposed motion to travel or grant him a hearing on the issue.

JAMES WYDA
Federal Public Defender
for the District of Maryland

_____/S/_____

CHRISTIAN BRYAN LASSITER, #805576
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland  21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email:  christian_lassiter@fd.org